IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FREDDIE LEE MYLES | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-541 |
| DIRECTOR, TDCJ-CID, ET AL | § | |

MEMORANDUM ORDER ADOPTING THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Freddie Lee Myles, an inmate currently confined at the Mark Stiles Unit in Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the following defendants: Brad Livingston, Director TDCJ-CID, Rick Thaler, Assistant Director TDCJ-CID, Michael Billings, Assistant Director TDCJ-CID, Vanessa Jones, Joni White, and Jose L. Pena

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's application to proceed *in forma pauperis* be denied and the case dismissed pursuant to 28 U.S.C. § 1915(g), as plaintiff has failed to pay the full $350 filing fee.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed by the parties to date. Plaintiff has also failed to pay the full $350 filing fee.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in

this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 15 day of **December, 2011.**

_____
Thad Heartfield
United States District Judge